JACQUES C. TUNICK and Others, Respondents, v. GEORGE PALMENTIERO, Appellant. (Actions Nos. 1 and 2.) — Determination unanimously affirmed, with

costs to the plaintiffs in all courts, and judgment absolute directed in favor of plaintiffs against the defendant, in accordance with stipulation. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.